IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DCCC, <br><br>           Plaintiff, <br><br>   v. <br><br>FEDERAL ELECTION COMMISSION, <br><br>           Defendant, <br><br>NRSC, <br><br>           Intervenor-Defendant. | Civil Action No. 24-cv-2935 (RDM) |

**NOTICE OF FILING OF JOINT APPENDIX**

      Pursuant to Local Rule 7(n), the parties—Plaintiff DCCC, Defendant the Federal Election Commission, and Intervenor-Defendant NRSC—jointly provide the Court the administrative record in this matter. The parties agree that, because all pages of the 149-page record are cited in the briefing on the parties' dispositive motions, it is appropriate to provide the full record. Briefing on the motions is complete and ripe for hearing, if desired, and final disposition by the Court.

<table>
<tr><td>

Lisa J. Stevenson (DC 457628)
   *Acting General Counsel*
James D. McGinley (DC 1017536)
   *Associate General Counsel*
Shaina Ward (DC 1002801)
   *Acting Assistant General Counsel*
Christopher H. Bell (DC 1643526)
   *Acting Assistant General Counsel*
Greg J. Mueller (DC 462840)
Sophia H. Golvach (DC 1656365)
Blake L. Weiman (DC 1725165)
   *Attorneys*
**FEDERAL ELECTION COMMISSION**
1050 First Street NE
Washington, DC 20463
T: (202) 694-1650

*Counsel to Defendant*

</td><td>

Respectfully submitted,

*/s/ Aria C. Branch*
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Nicole E. Wittstein (DC 1725217)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (DC 90014111)
**ELIAS LAW GROUP LLP**
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Counsel to Plaintiff*

</td></tr>
</table>

Michael E. Toner (DC 439707)
Brandis L. Zehr (DC 996202)
Stephen J. Obermeier (DC 979667)
Jeremy J. Broggi (DC 1191522)
Boyd Garriott (DC 1617468)
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
T: (202) 719-7000

*Counsel to Intervenor-Defendant*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(d), I hereby certify that on June 16, 2025, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service through the Court's ECF system.

*/s/ Aria C. Branch*