UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DCCC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    *Defendant*,<br><br>NRSC,<br><br>    *Intervenor-Defendant*. | Civil Action No. 24-cv-2935 (RDM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to the Court's standing order in civil cases, the NRSC hereby brings to the Court's attention the Supreme Court's order granting certiorari in *National Republican Senatorial Committee, et al. v. Federal Election Commission, et al.*, No. 24-621 (S. Ct. June 30, 2025) (attached). There, the NRSC has asked the Supreme Court to determine the constitutionality of 52 U.S.C. § 30116(d), the Federal Election Campaign Act provision which purports to limit how much a political party committee can spend on campaign advertising in cooperation with its candidates. *See* Cert. Pet. i.

In this case, the DCCC claims that JFC-fundraising advertising is a coordinated party expenditure under 52 U.S.C. § 30116(a)(7)(B)(i) and, therefore, that it is subject to the limits that 52 U.S.C. § 30116(d) places on such expenditures when made by a political party committee on behalf of its candidates. The NRSC's briefs explain the many reasons why that contention is wrong. *See* Dkt. No. 32-1; Dkt. No. 40. But even if the DCCC were right that JFC-fundraising advertising is a coordinated party expenditure (and, to be doubly clear, it is not), that will make no difference if the Supreme Court holds that the limits on coordinated party expenditures violate

the First Amendment. If the limits are unconstitutional, then it simply does not matter what would have counted against those limits.

The NRSC's most recent brief in this case identified its then-pending cert petition and noted that "[t]he Supreme Court may soon provide additional clarity" about the First Amendment issues by electing "to decide the constitutionality of 52 U.S.C. § 30116(d)." *See* Dkt. No. 40, at 21 n.4. Although this Court need not wait for that decision to dismiss this lawsuit, it should not proceed to the merits without first receiving the Supreme Court's direction on the First Amendment issues. *See, e.g.*, *NLRB v. Sw. Reg'l Council of Carpenters*, 826 F.3d 460, 461 (D.C. Cir. 2016) ("we held this case in abeyance pending the Supreme Court's consideration of the validity of the President's recess appointments to fill vacancies on the Board").

Respectfully submitted,

/s/ Stephen J. Obermeier
Michael E. Toner (D.C. Bar No. 439707)
Brandis L. Zehr (D.C. Bar No. 996202)
Stephen J. Obermeier (D.C. Bar No. 979667)
Jeremy J. Broggi (D.C. Bar No. 1191522)
Boyd Garriott (D.C. Bar No. 1617468)
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
sobermeier@wiley.law

*Counsel for the NRSC*

# ATTACHMENT

(ORDER LIST: 606 U.S.)

MONDAY, JUNE 30, 2025

CERTIORARI -- SUMMARY DISPOSITIONS

23-402          OKLAHOMA, ET AL. V. UNITED STATES, ET AL.

The petition for rehearing is granted.  The order entered June 24, 2024, denying the petition for a writ of certiorari is vacated.  The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

23-1230         GROWTH ENERGY, ET AL. V. CALUMET SHREVEPORT RFG., ET AL.

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *EPA* v. *Calumet Shreveport Refining, L.L.C.*, 605 U. S. ___ (2025).

23-1341    )    NRC, ET AL. V. FASKEN LAND AND MINERALS, ET AL.
           )
23-1352    )    HOLTEC INTERNATIONAL V. NRC, ET AL.

The petitions for writs of certiorari are granted.  The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *NRC* v. *Texas*, 605 U. S. ___ (2025).

23-7678         MARTINEZ, JOSE A. V. BONDI, ATT'Y GEN.

The motions of petitioners for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

1

The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Riley* v. *Bondi*, 606 U. S. ___ (2025).

23-7845     JACKSON, KENNETH V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Hewitt* v. *United States*, 606 U. S. ___ (2025).

24-11       SANCHEZ, MARCO A. M. V. BONDI, ATT'Y GEN.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Riley* v. *Bondi*, 606 U. S. ___ (2025).

24-90    )  CROUCH, SEC., WV DHHR, ET AL. V. ANDERSON, SHAUNTAE
         )
24-99    )  FOLWELL, DALE, ET AL. V. KADEL, MAXWELL, ET AL.

The petitions for writs of certiorari are granted. The judgments are vacated, and the cases are remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

24-420      WALMSLEY, BILL H., ET AL. V. FTC, ET AL.

The motion of Cato Institute for leave to file a brief as *amicus curiae* is denied. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for

2

further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

| | | |
|---|---|---|
| 24-429 | ) | FTC, ET AL. V. NAT. HORSEMEN'S ASSN., ET AL. |
| 24-433 | ) | HISA, INC., ET AL. V. NHBPA, ET AL. |
| 24-465 | ) | TEXAS, ET AL. V. BLACK, JERRY, ET AL. |
| 24-472 | ) | NHBPA, ET AL. V. HISA, INC., ET AL. |
| 24-489 | ) | GULF COAST RACING L.L.C., ET AL. V. HISA, INC., ET AL. |

The petitions for writs of certiorari are granted. The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

24-437    OKLAHOMA V. DEPT. OF H&HS, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Medina* v. *Planned Parenthood South Atlantic*, 606 U. S. ___ (2025).

24-631    HAMSO, MAGNI V. M. H., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

24-801    STITT, GOV. OF OK, ET AL. V. FOWLER, ROWAN, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further

consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

24-5016    MEDINA, MICHAEL V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Hewitt* v. *United States*, 606 U. S. ___ (2025).

24-5456    DURRELL, ROBERT P. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Esteras* v. *United States*, 606 U. S. ___ (2025).

24-6727    WOOD, DAVID V. PATTON, RACHEL

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Gutierrez* v. *Saenz*, 606 U. S. ___ (2025). Justice Thomas would deny the petition for a writ of certiorari.

**ORDERS IN PENDING CASES**

24M97    DeFRANCE, MICHAEL B. V. UNITED STATES
24M98    SAP SE, ET AL. V. TERADATA CORPORATION, ET AL.

The motions for leave to file petitions for writs of

4

           certiorari with the supplemental appendices under seal are granted.

24-983      HAVANA DOCKS CORP. V. ROYAL CARIBBEAN CRUISES, ET AL.

           The Solicitor General is invited to file a brief in this case expressing the views of the United States.

24-1030     PARKER-HANNIFIN CORP., ET AL. V. JOHNSON, MICHAEL D., ET AL.

           The Solicitor General is invited to file a brief in this case expressing the views of the United States.  Justice Alito took no part in the consideration of this petition.

24-1068     MONSANTO CO. V. DURNELL, JOHN L.

           The Solicitor General is invited to file a brief in this case expressing the views of the United States.

24-7098     PETERSON, DOROTA V. STAPLES SUPERSTORE, LLC

           The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until July 21, 2025, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

23-1209     M & K EMPLOYEE SOLUTIONS, ET AL. V. TRUSTEES OF THE IAM PENSION

           The petition for a writ of certiorari is granted limited to the following question:  Whether 29 U. S. C. §1391's instruction to compute withdrawal liability "as of the end of the plan year" requires the plan to base the computation on the actuarial assumptions to which its actuary subscribed at the end of the year, or allows the plan to use different actuarial assumptions that were adopted after the end of the year.

| | |
|---|---|
| 24-171 | COX COMMUNICATIONS, INC., ET AL. V. SONY MUSIC ENTERTAINMENT, ET AL. |
| 24-345 | FS CREDIT CORP., ET AL. V. SABA CAPITAL MASTER FUND, ET AL. |
| 24-777 | URIAS-ORELLANA, DOUGLAS, ET AL. V. BONDI, ATT'Y GEN. |
| 24-783 | ENBRIDGE ENERGY, LP, ET AL. V. NESSEL, ATT'Y GEN. OF MI |
| 24-1056 | RICO, ISABEL V. UNITED STATES |

The petitions for writs of certiorari are granted.

| | |
|---|---|
| 24-621 | NRSC, ET AL. V. FEC, ET AL. |

The motion of Democratic National Committee, et al. for leave to intervene is granted. The petition for a writ of certiorari is granted.

## CERTIORARI DENIED

| | |
|---|---|
| 23-466 ) | L. W., ET AL. V. SKRMETTI, JONATHAN, ET AL. |
| 23-492 ) | DOE, JANE, ET AL. V. KENTUCKY |
| 23-1213 | MULREADY, GLEN, ET AL. V. PHARMACEUTICAL CARE MANAGEMENT |
| 23-1360 | FIEHLER, VERNON V. MECKLENBURG, CATHERINE, ET AL. |
| 24-86 | CAREER COUNSELING, INC. V. AMERIFACTORS FIN. GROUP, LLC |
| 24-181 | SONY MUSIC ENTERTAINMENT, ET AL. V. COX COMMUNICATIONS, INC., ET AL. |
| 24-277 | BOROCHOV, SHARI M., ET AL. V. IRAN, ET AL. |
| 24-350 | PORT OF TACOMA, ET AL. V. PUGET SOUNDKEEPER ALLIANCE |
| 24-732 | CHILDREN'S HEALTH DEFENSE V. META PLATFORMS, INC., ET AL. |
| 24-871 | B. W. V. AUSTIN INDEP. SCH. DIST. |
| 24-881 | GA ASSN. CLUB EXECUTIVES V. GEORGIA, ET AL. |
| 24-943 | RABADI, FARES J. V. DEA, ET AL. |
| 24-952 | SOUTH POINT ENERGY CENTER V. AZ DEPT. OF REVENUE, ET AL. |
| 24-957 | STENGER, WILLIAM V. UNITED STATES |
| 24-960 | COINMARKETCAP OpCO, LLC, ET AL. V. COX, RYAN |
| 24-961 | EPA, ET AL. V. KENTUCKY, ET AL. |
| 24-968 | MOORE, DIONTAI V. UNITED STATES |

| | |
|---|---|
| 24-972 | BELL, FRANK, ET AL. V. UNITED STATES |
| 24-982 | EXXONMOBIL CORP., ET AL. V. ENVIRONMENT TX CITIZEN, ET AL. |
| 24-996 | HARVEY, TAMMY M., ET AL. V. BAYHEALTH MEDICAL CENTER, INC. |
| 24-1025 | CROWE, DANIEL Z., ET AL. V. STATE BAR OF OR, ET AL. |
| 24-1034 | SNEED, ULYSSES C. V. RAYBON, WARDEN |
| 24-1074 | ENTERGY AR, LLC V. WEBB, DOYLE, CHMN., ET AL. |
| 24-1096 | HALL, JAMES W. V. DAVIS, DORAIN, ET AL. |
| 24-1105 | KUSHNER, ALAN V. SUNDAY, ATT'Y GEN. OF PA, ET AL. |
| 24-1108 | McCARTHY, LISA, ET AL. V. INTERCONTINENTAL EXCH., ET AL. |
| 24-1109 | HANSEN, KARL V. TESLA, INC., ET AL. |
| 24-1111 | PETERSON, DAMON V. DIXON, SEC., FL DOC |
| 24-1115 | WALKER, REUBEN D., ET AL. V. CLERK, ANDREA L., ET AL. |
| 24-1118 | LI, DONGMEI V. PECK, RICHARD, ET AL. |
| 24-1123 | CALDWELL, RAHIM V. PROVIDENCE, RI, ET AL. |
| 24-1136 | PREY, DALE V. FRANCISCAN UNIV., ET AL. |
| 24-1139 | FLARITY, JOE P. V. WASHINGTON |
| 24-1181 | McLEAY, MATTHEW T. V. STEWART, COKE M. |
| 24-1203 | JAKITS, BERNHARD V. UNITED STATES |
| 24-1218 | ALIG, PHILLIP, ET AL. V. ROCKET MORTGAGE, LLC, ET AL. |
| 24-1220 | UHLENBROCK, MARK J. V. UNITED STATES |
| 24-1225 | SMALL, LaWANDA D. V. ALLIANZ LIFE INS. CO. |
| 24-6057 | APARICIO, LUIS A. V. TEXAS |
| 24-6405 | JOSEPH, SIDNEY V. UNITED STATES |
| 24-6452 | NORDVOLD, PHILIP L. V. UNITED STATES |
| 24-6459 | SHEPHARD, KYLE A. V. UNITED STATES |
| 24-6476 | DOSS, REGINALD C. V. UNITED STATES |
| 24-6497 | COLLETTE, JEROSWASKI W. V. UNITED STATES |
| 24-6621 | BROWN, CURTIS V. UNITED STATES |

| | |
|---|---|
| 24-6666 | ANDERSON, MARCUS J. V. UNITED STATES |
| 24-6693 | THOMPSON, SEAN W. V. UNITED STATES |
| 24-6731 | HEMPHILL, EMMANUEL A. V. UNITED STATES |
| 24-6772 | DOMINGUEZ, RAFAEL V. UNITED STATES |
| 24-6847 | EMERY, RICHARD D. V. MISSOURI |
| 24-6875 | BATES, KAYLE B. V. FLORIDA |
| 24-6941 | REYNOLDS, MICHAEL W. V. HAMM, COMM'R, AL DOC |
| 24-7057 | PENN, EARL B. V. UNITED STATES |
| 24-7073 | I. M. V. ILLINOIS |
| 24-7074 | ORTIZ, MIGUEL A. V. TEXAS |
| 24-7080 | STEWART, ROLONDO V. COOLEY, WARDEN |
| 24-7081 | GALLUZZO, MICHAEL V. EDWARDS, ROBIN K. |
| 24-7085 | ATKINS, HOWARD J. V. BOUSCH, WARDEN |
| 24-7086 | BROWN, BAKARI A. V. GUERRERO, DIR., TX DCJ |
| 24-7088 | FLETCHER, SAM A. V. GUERRERO, DIR., TX DCJ |
| 24-7089 | GARCIA, HARRY V. RANKINS, WARDEN |
| 24-7096 | CALHOUN, TIMOTHY W. V. LOUISIANA |
| 24-7097 | TAYLOR, JERMEL A. V. SACRAMENTO, CA, ET AL. |
| 24-7102 | ARMSTRONG, RYAN C. V. FED. GOVT., ET AL. |
| 24-7125 | WILSON, MELAINE R. V. DEPT. OF INTERIOR, ET AL. |
| 24-7129 | RICHARD, FRANK J. V. WINN, WARDEN, ET AL. |
| 24-7145 | RIEBER, JEFFERY D. V. HAMM, COMM'R, AL DOC |
| 24-7182 | RIDDICK, ANTJOUN V. UNITED STATES |
| 24-7217 | DEAN, LADARIUS V. UNITED STATES |
| 24-7271 | CHEVEZ-SOLANO, CRISTIAN J. V. UNITED STATES |
| 24-7272 | LEON, CARLOS B. V. UNITED STATES |
| 24-7273 | GOLSHAN, AMIR H. V. UNITED STATES |
| 24-7275 | MIRELES, JACOB T. V. UNITED STATES |

| | |
|---|---|
| 24-7277 | MIMS, DEREK M. V. UNITED STATES |
| 24-7278 | MOSS, MALIK J. V. UNITED STATES |
| 24-7289 | SALDANA RODRIGUEZ, FIDEL V. UNITED STATES |
| 24-7290 | CURRY, PAUL V. UNITED STATES |
| 24-7295 | BIRO, RILEY D. V. DOTSON, DIR., VA DOC |
| 24-7296 | HYLTON, KAREN V. UNITED STATES |
| 24-7297 | FLORES, HECTOR V. UNITED STATES |
| 24-7300 | NANEZ-LOPEZ, JORGE A. V. UNITED STATES |
| 24-7303 | LAVENDER, DONTERRIAN M. V. UNITED STATES |
| 24-7304 | WINDHAM, ERIC A. V. UNITED STATES |
| 24-7305 | JOSEPH, FRANCIS F. V. UNITED STATES |
| 24-7307 | ARDON-AMAYA, EBLIN O. V. UNITED STATES |
| 24-7314 | MO, EX REL. WEINHAUS, JEFFREY V. ADAMS, WARDEN |
| 24-7315 | WATSON, KENYON L. V. UNITED STATES |
| 24-7316 | YEPSON-CORTEZ, MIGUEL V. UNITED STATES |
| 24-7318 | SWICK, WESLEY E. V. UNITED STATES |
| 24-7320 | FONSECA, LUIS R. V. V. UNITED STATES |
| 24-7323 | OWENS, JODY D. V. UNITED STATES |
| 24-7327 | GILOWSKI, ARTUR V. UNITED STATES |
| 24-7330 | BRUCE, STETSON V. UNITED STATES |
| 24-7332 | JOHNSON, KAYLIN E. V. UNITED STATES |
| 24-7334 | HILL, BRANDON R. V. UNITED STATES |
| 24-7335 | HARRIS, CURTIS V. UNITED STATES |
| 24-7340 | BAZILE, JERRELL A. V. UNITED STATES |
| 24-7367 | LENERS, TIMOTHY D. V. SCHELHAAS, ATT'Y GEN. WY, ET AL. |

The petitions for writs of certiorari are denied.

| | |
|---|---|
| 24-520 | CONNELL, JAMES G. V. CIA |

The petition for a writ of certiorari is denied.  Justice

9

> Gorsuch took no part in the consideration or decision of this petition.

24-728    IA PORK PRODUCERS ASSN. V. BONTA, ATT'Y GEN. OF CA, ET AL.

> The petition for a writ of certiorari is denied. Justice Kavanaugh would grant the petition for a writ of certiorari.

24-922    HARPER, JAMES V. FAULKENDER, COMM'R, IRS, ET AL.

> The motion of Professor Adam J. MacLeod for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

24-938    AM. AIRLINES GROUP INC. V. UNITED STATES, ET AL.

24-1026   OREGON V. COMM. TO RECALL HOLLADAY, ET AL.

> The petitions for writs of certiorari are denied. Justice Kavanaugh would grant the petitions for writs of certiorari.

24-1200   KAETZ, WILLIAM F. V. UNITED STATES

> The petition for a writ of certiorari is denied. Justice Thomas took no part in the consideration or decision of this petition.

24-6676   MERCADO, LOUIS A. V. DIXON, SEC., FL DOC, ET AL.

> The petition for a writ of certiorari is denied. Justice Sotomayor would grant the petition for a writ of certiorari.

## HABEAS CORPUS DENIED

24-7383   IN RE ROBERT T. BLAKE

> The petition for a writ of habeas corpus is denied.

## MANDAMUS DENIED

24-1216   IN RE MICRON TECHNOLOGY, INC., ET AL.

24-7099   IN RE JANE DOE

24-7215   IN RE JAMIE VARIEUR

> The petitions for writs of mandamus are denied.

**REHEARINGS DENIED**

| | |
|---|---|
| 23-456 | CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL. |
| 23-743 | CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL. |
| 24-6557 | ROSADO, STEVE V. UNITED STATES |
| 24-6561 | SCOTT, TONIA V. PENNSYLVANIA |
| 24-6673 | ROMERO, ISRAEL V. META PLATFORMS INC., ET AL. |

The petitions for rehearing are denied.